# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

THOMAS L. PRESGROVE,               )
                                   )
      Plaintiff,             )
                                   )
v.                                 )     No. 04-CV-1092
                                   )
JOHN ALDEN LIFE INSURANCE          )     Judge McCalla
COMPANY, FORTIS INSURANCE          )     Magistrate Judge Anderson
COMPANY AND EXAMINATION            )
MANAGEMENT SERVICES, INC.,         )
                                   )
      Defendants.            )

---

## JOINT MOTION TO AMEND SCHEDULING ORDER

---

The parties to this case, Thomas L. Presgrove ("Plaintiff"), John Alden Life Insurance Company ("Alden"), Fortis Insurance Company ("Fortis") and Examination Management Services, Inc. ("EMSI"), (collectively "the Parties"), jointly move the Court to amend the scheduling order as follows:

1.    Extend the deadline to complete discovery from May 31, 2005 to July 31, 2005;

2.    Extend Plaintiff's deadline to disclose expert information from June 30, 2005 to August 30, 2005;

3.    Extend Defendants' deadline to disclose expert information from July 31, 2005 to September 30, 2005;

4.    Extend the deadline for expert witness depositions from August 31, 2005 to October 15, 2005; and

**MOTION GRANTED**
**DATE: 05-25-05**
*S. Thomas Anderson*
**S. Thomas Anderson**
**U.S. Magistrate Judge**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on **5-31-05**

50

5.    Extend the deadline to file dispositive motions from September 20, 2005 to October 31, 2005.

The trial of this matter will remain set to begin on January 23, 2006.

As grounds for this motion, the Parties state that they have been engaged in settlement discussions and are attempting to schedule a mediation.

The Parties request that the Court schedule a teleconference with all counsel to discuss proposed changes to the scheduling order.

RESPECTFULLY SUBMITTED:


*Charles Agee by permission JW*

CHARLES M. AGEE, JR. (#05042)
THE AGEE LAW FIRM PA
P. O. Box 280
Dyersburg, Tennessee 38025-0280
731-285-8747
*Attorney for Plaintiff Thomas L.*
*Presgrove*


*Jeanette A. White*

JOHN B. ENKEMA (#16670)
JEANETTE A. WHITE (#22044)
KAY, GRIFFIN, ENKEMA & BROTHERS PLLC
222 Second Avenue North
Suite 340M
Nashville, Tennessee 37201
615-742-4800
*Attorneys for Defendants John Alden Life*
*Insurance Company and Fortis Insurance*
*Company*

*Amber St. John by permission JW*

R. DALE BAY (#10896)
AMBER ST. JOHN (#18235)
LEWIS, KING, KRIEG & WALDROP PC
SunTrust Bank Building
201 Fourth Avenue, N., Suite 1500
P. O. Box 198615
Nashville, Tennessee 37219
615-259-1366
*Attorneys for Examination Management
Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served by facsimile and U.S. Mail on:

Charles M. Agee, Jr.
THE AGEE LAW FIRM
P.O. Box 280
Dyersburg, Tennessee 38025-0280

R. Dale Bay
LEWIS, KING, KRIEG & WALDROP, PC
201 Fourth Avenue North, Suite 1500
P.O. Box 198615
Nashville, Tennessee 37219-8615

on this the 23ʳᵈ day of ___May___, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 1:04-CV-01092 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

R. Dale Bay
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Amber St. John
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Jeanette V. Armington
KAY GRIFFIN ENKEMA & BROTHERS
222 Second Ave. N
Ste. 340-M
Nashville, TN 37201

Charles M. Agee
AGEE LAW FIRM
115 Mills Avenue
P.O. Box 280
Dyersburg, TN 38025--028

John B. Enkema
KAY GRIFFIN ENKEMA & BROTHERS
222 Second Ave. N
Ste. 340-M
Nashville, TN 37201

Honorable Jon McCalla
US DISTRICT COURT