# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE EASTERN DIVISION

THOMAS L. PRESGROVE

Plaintiff,

v.

JOHN ALDEN LIFE INSURANCE COMPANY, FORTIS INSURANCE COMPANY AND EXAMINATION MANAGEMENT SERVICES, INC.

Defendants.

No.: 04-CV-1092

**MOTION GRANTED**

JON PHI...
U.S. DISTRICT JUDGE

## MOTION FOR SUBSTITUTION OF COUNSEL

On behalf of the defendant(s) represented by Lewis, King, Krieg & Waldrop, P.C., the firm on behalf of its client(s) moves for an Order substituting counsel in this case. For cause, the firm would show that Amber St. John is leaving the firm and this matter will henceforth be handled by R. Dale Bay. Therefore the firm requests entry of an Order reflecting the substitution of Mr. Bay for Ms. St. John and the withdrawal of Ms. St. John from the case.

Respectfully submitted,

LEWIS, KING, KRIEG & WALDROP, P.C.

By: _____
Amber St. John, BPR No. 18235
SunTrust Bank Building
201 Fourth Avenue North, Suite 1500
P.O. Box 198615
Nashville, TN 37219-8615

Attorneys for Examination Management Services, Inc.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-26-05

1



## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served on the following counsel of record by placing postage prepaid envelope in United States Mail Service, addressed to:

John B. Enkema, Esq.
Jeanette V. Armington, Esq.
Kay, Griffin, Enkema & Brothers
222 Second Avenue, North
Washington Square II, Suite 340-M
Nashville, TN 37201

Charles M. Agee, Jr., Esq.
The Agee Law Firm
P.O. Box 280
Dyersburg, TN 38025-0280

This the 22 day of July, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 1:04-CV-01092 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Amber St. John
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

John B. Enkema
KAY GRIFFIN ENKEMA & BROTHERS
222 Second Ave. N
Ste. 340-M
Nashville, TN 37201

R. Dale Bay
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Jeanette V. Armington
KAY GRIFFIN ENKEMA & BROTHERS
222 Second Ave. N
Ste. 340-M
Nashville, TN 37201

Charles M. Agee
AGEE LAW FIRM
115 Mills Avenue
P.O. Box 280
Dyersburg, TN 38025--028

Honorable Jon McCalla
US DISTRICT COURT