# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

FILED BY JPW D.C.

05 SEP 20 AM 10: 33

THOMAS L. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| THOMAS L. PRESGROVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN ALDEN LIFE INSURANCE )<br>COMPANY, FORTIS INSURANCE )<br>COMPANY AND EXAMINATION )<br>MANAGEMENT SERVICES, INC., )<br>)<br>Defendants. ) | No. 04-CV-1092<br><br>Judge McCalla<br>Magistrate Judge Anderson |

## AGREED ORDER OF DISMISSAL WITH PREJUCIDE

It appears to the Court, as evidenced by signature for all parties to this case, that the parties have entered into a settlement and that this case should be dismissed with prejudice.

It is, therefore, ORDERED ADJUDGED and DECREED that this entire case, including all claims which have been asserted and could have been asserted, is dismissed with prejudice.

_____
JUDGE JOHN P. MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-20-05

54

Approved for Entry:

By: _____
CHARLES M. AGEE, JR. (#05042)
THE AGEE LAW FIRM
P.O. Box 280
Dyersburg, Tennessee 38025-0280
731-285-8747
*Attorney for Plaintiff*

By: _____
JOHN B. ENKEMA (#16670)
KAY, GRIFFIN, ENKEMA & BROTHERS
222 Second Avenue North
Suite 340M
Nashville, Tennessee 37201
615-742-4800
*Attorney for Fortis Insurance Company and
John Alden Life Insurance Company*

By: Dale Bay / by JBE (permission)
R. DALE BAY (#10896)
LEWIS, KING, KRIEG & WALDROP, PC
201 Fourth Avenue North, Suite 1500
P.O. Box 198615
Nashville, Tennessee 37219-8615
615-259-1366
*Attorney for Examination Management
Services, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been sent via U.S. Mail to the following:

    Charles M. Agee, Jr.
    THE AGEE LAW FIRM
    P.O. Box 280
    Dyersburg, Tennessee 38025-0280

    R. Dale Bay
    LEWIS, KING, KRIEG & WALDROP, PC
    201 Fourth Avenue North, Suite 1500
    P.O. Box 198615
    Nashville, Tennessee 37219-8615

on this the ___14___ day of ~~August~~ September, 2005.

            _____

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 1:04-CV-01092 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

John B. Enkema
KAY GRIFFIN ENKEMA & BROTHERS
222 Second Ave. N
Ste. 340-M
Nashville, TN 37201

R. Dale Bay
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Jeanette V. Armington
KAY GRIFFIN ENKEMA & BROTHERS
222 Second Ave. N
Ste. 340-M
Nashville, TN 37201

Charles M. Agee
AGEE LAW FIRM
115 Mills Avenue
P.O. Box 280
Dyersburg, TN 38025--028

Honorable Jon McCalla
US DISTRICT COURT